UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:09-CR-17-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERRY GURGANUS | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the North Carolina Division of Alcohol Law Enforcement may dispose of the firearms relevant to this case pursuant to its regulations.

This the 31 day of January, 2013.

JAMES C. FOX
Senior United States District Judge